## (March 30, 1961)

■ JAFFE TRADING CORPORATION v. OVERSEAS DISTRIBUTORS EXCHANGE, INC., et al.— The branch of this motion seeking an order resettling the order of affirmance made and entered herein on February 14, 1961 so as to include therein a recital of the judgment entered on March 14, 1960 and the notice of appeal therefrom dated March 21, 1960 will be considered as an application under sections 105 and 107 of the Civil Practice Act to correct the papers on appeal and amend the decision of this court filed February 14, 1961, *nunc pro tunc,* and to resettle the order of affirmance filed herein on February 14, 1961. This motion is granted to the extent of recalling the remittitur filed in the office of the Clerk of the County of New York on February 16, 1961, permitting the appellant to insert in said remittitur a copy of the notice of appeal filed on March 21, 1960, from the judgment entered March 14, 1960, amending the decision of this court filed herein on February 14, 1961, *nunc pro tunc* as of February 14, 1961 so as to affirm the judgment entered on March 21, 1960, as well as the order appealed from and resettling the order of affirmance accordingly. The remaining branch of said motion which sought a reargument of the appeal or, in the alternative, leave to appeal to the Court of Appeals, is denied. Concur — Botein, P. J., Breitel, Valente, Stevens and Bastow, JJ.

■ SYLVESTER SALTER v. COMMERCIAL STATE BANK AND TRUST CO. OF NEW YORK et al.— Motion to vacate order for arrest and for other relief withdrawn on consent. Concur — Botein, P. J., Valente, Stevens, Eager and Bergan, JJ.

■ BELLE SHAPIRO v. HERMAN JOSEPHSON et al.— Motion for an opinion on Item No. 4 of the notice of appeal to this court denied. Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. GEORGE DE RENZZIO.— Motion for leave to reinstate appeal denied. Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. FRANK BROWN.— Motion for reargument granted and upon reargument motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court filed herein. Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. GEORGE BOOKER.— Motion for leave to appeal as a poor person dismissed, having become academic by virtue of the decision of this court decided on March 16, 1961 (*ante,* p. 473). Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ.

■ LEO N. LEVY v. LEON E. BORDEN et al.— Motion to dispense with printing granted insofar as to dispense with the printing in the record on appeal of the testimony, exhibits and briefs before the Referee, on condition that the originals thereof are filed with this court on or before the Wednesday preceding the day for which the appeal is noticed for argument, and to dispense with the printing in the record on appeal of the pleadings insofar as they were printed in the prior record on appeal on condition that one copy of the prior record on appeal is filed with this court on or before the Wednesday preceding the day for which the appeal is noticed for argument. Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ.